■ In the Matter of ARLENE KAMATE, Appellant, v YACOUBA KAMATE, Respondent. [687 NYS2d 274] —In a child custody proceeding pursuant to Family Court Act article 6, the petitioner appeals from an order of the Family Court, Kings County (Hepner, J.), dated January 21, 1998, which denied the petition.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Joy and Altman, JJ., concur.

■ In the Matter of MARSHALL LIPNER, Petitioner, v RICHARD E. JACKSON, JR., as Commissioner of the Department of Motor Vehicles, Respondent. [687 NYS2d 277] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Department of Motor Vehicles, dated March 13, 1998, which, after a hearing, found that the petitioner violated certain provisions of the Vehicle and Traffic Law, and imposed a fine of $50 and a $25 surcharge.

Adjudged that the determination is confirmed, and the proceeding is dismissed on the merits, with costs.

There is substantial evidence upon the record that the petitioner violated Vehicle and Traffic Law § 1111 (d) (1). Thus, the determination of the respondent must be confirmed and the proceeding dismissed (*see generally, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176, 181). S. Miller, J. P., Sullivan, Friedmann and Luciano, JJ., concur.